Arturo Reyes-Trujillo
Reg. No. 34546-408
Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

March 23, 2022

U.S. District Court
District of Arizona
401 W. Washington St., Room 103
Phoenix, AZ 85003
Attn: Clerk of Court

RE:  Request for Reconsideration - Motion to Reduce Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A)(i), Compassionate Release, Case No. CR-08-00001-001-PHX-GMS

Dear Clerk,

On March 11, 2022 the Court denied my motion for Compassionate Release. The basis of their denial was the belief that I had refused to take the COVID-19 vaccine. However, as my Bureau of Prisons record shows, I have received both doses of the Moderna vaccine, and have been fully vaccinated since September 2, 2021.

Even though I am vaccinated, I am still at risk from severe illness and/or death relating to COVID-19. Adding to my previously documented comorbidities, I have since been diagnosed with chronic kidney disease, which places me in the highest risk category for COVID-19 complications (See http://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions-html/). The courts have widely cited chronic kidney disease as an 'extraordinary and compelling' reason for granting compassionate release. See United States v. Walker, 2020 WL 4194677 (D. Minn., June 26, 2020)(Collecting cases on the dangerousness of COVID-19 for defendants with chronic kidney disease). My recent diagnosis, which puts me at greater risk for complications, further supports early release.

It is my understanding that in accordance with Local Rule 7(h), motions for reconsideration may be heard should there be evidence of an 'error in ruling' or 'facts or legal authority which could not have been brought to the attention of the court earlier through reasonably diligence'. In my case it can be shown that both exist. The Court mistakenly determined that I had refused the vaccine, even though Bureau of Prisons records clearly showed that at the time of ruling I had been fully vaccinated. In addition, I have recently been diagnosed with kidney disease - a fact which was not available at time of the Court's ruling.

For these reasons, I kindly request that this court honor my request to put forth a motion for reconsideration. As I have limited legal experience, I ask the Court to allow me additional time to properly present a motion on my own behalf, along with evidence in support of these claims.

I appreciate your time and consideration.

Respectfully,

*Arturo Reyes-Trujillo*

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVL 54
(Rule Number/Section)

# Bureau of Prisons
## Health Services
## Immunizations

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Begin Date: | 06/30/2021 | | | End Date: | 09/30/2021 | | | |
| Reg #: | 34546-408 | | | Inmate Name: | TRUJILLO, ARTURO REYES | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Moderna Vaccine | 09/30/2021 | Now | Left Deltoid | 0.5mL | Moderna | 076C21A | 2 | 11/13/2021 |
| Orig Entered: 09/30/2021 15:16 EST  Garcia, Kyle RN/HSS | | | | | | | | |
| COVID-19 Moderna Vaccine | 09/02/2021 | Now | Right Deltoid | 0.5mL | Moderna | 020F21A | 1 | 01/21/2022 |
| Orig Entered: 09/02/2021 16:08 EST  Garcia, Kyle RN/HSS | | | | | | | | |

Total: 2

