# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-08-00001-001-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Arturo Reyes Trujillo, | |
| Defendant. | |

Pending before the Court is Defendant Arturo Trujillo's Motion for Reconsideration (Doc. 376). The Motion is denied without prejudice for the following reasons. That Mr. Trujillo is fully vaccinated when the Court previously believed he was not, does not, and would not, change the Court's judgment. That Mr. Trujillo is vaccinated only provides him with an additional level of protection against contracting COVID -19, or a serious case of COVID-19 if he does contract it. The vaccination in no way serves to provide the extraordinary circumstances necessary to provide a basis for a successful compassionate release just as his refusal to take the vaccination if it were available to him would be a basis on which the Court would grant the petition.

Mr. Trujillo, who bears the burden of proof on a compassionate release motion, has not provided this Court with sufficient evidence concerning the severity of his kidney disease for the Court to determine that it provides a sufficient basis on which he could successfully seek relief under the First Step Act. Mr. Trujillo seems to acknowledge as much as he asks the Court for permission to re-brief this matter and for the Court to

consider it.

The Court thus denies the Petition, without prejudice to its renewal. This means that Mr. Trujillo should make his request based on his new diagnosis of kidney disease, to the Bureau of Prisons personnel as required, so that he will exhaust the requirement for seeking compassionate release from the BOP based on this new diagnosis of kidney disease. If he receives no response from the BOP, he may then seek relief in this Court based on his newly-determined medical condition and may provide full information to the Court on why he seeks such relief.

**IT IS THEREFORE ORDERED**, denying Mr. Trujillo's Motion for Reconsideration (Doc. 376) without prejudice.

Dated this 5th day of January, 2023.

_____
G. Murray Snow
Chief United States District Judge